UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGDOM OF SPAIN,

                          Plaintiff,

              – against –

BLASKET RENEWABLE
INVESTMENTS LLC,

                          Defendant.

**ORDER**

25-mc-00008 (ER)

Ramos, D.J.:

On January 8, 2025, the Court scheduled a conference for February 13, 2025. Doc. 11.  On January 14, 2025, it granted Blasket Renewable Investments LLC's ("Blasket") request, made on consent on January 13, to adjourn the conference to February 26, 2025.  Doc. 14.  On February 3, 2025, the Court granted the Kingdom of Spain's request for representatives of Spain to appear via videoconference on February 26, 2025.  Doc. 18.

On February 26, 2025, the Court granted Blasket's second request, made on consent on February 25, to adjourn the conference to March 5, 2025.  Doc. 24.  Although the Kingdom of Spain had not made a new request for representatives of Spain to appear via videoconference on March 5, 2025, the Court hereby provides that the representatives of Spain may appear by videoconference.  The Court will provide counsel with the link to connect to the March 5, 2025 conference via email.

It is SO ORDERED.

Dated:  March 4, 2025
         New York, New York

EDGARDO RAMOS, U.S.D.J.