UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGDOM OF SPAIN,

               Plaintiff,

– against –

BLASKET RENEWABLE INVESTMENTS LLC,

               Defendant.

**ORDER**

25-mc-00008 (ER)

RAMOS, D.J.:

    On March 21, 2025, the Kingdom of Spain filed a motion to quash. Doc. 28. Blasket Renewable Investments LLC is directed to respond by **April 11, 2025**, and the Kingdom of Spain is directed to reply by **April 18, 2025**.

It is SO ORDERED.

Dated:   March 24, 2025
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.