UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KINGDOM OF SPAIN,

                Plaintiff,

– against –

BLASKET RENEWABLE INVESTMENTS LLC,

                Defendant.

**ORDER**

25-mc-00008 (ER)

Ramos, D.J.:

On June 5, 2025, the parties filed a joint notice that the subpoenas at issue in the instant matter, Docs. 3-2 to 3-3 and 30-2 to 30-7, "have been withdrawn in light of Spain's satisfaction of the judgment," and stating that therefore, the pending motions to quash, modify or transfer the subpoenas are now moot.

Accordingly, the Court denies the motions to quash as moot.

The Clerk of Court is respectfully directed to terminate the motions, Docs. 1 and 28, and close the case.

It is SO ORDERED.

Dated: June 6, 2025
      New York, New York

                                                                          EDGARDO RAMOS, U.S.D.J.